**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GEORGE ASSAD, Derivatively on Behalf of PERSHING SQUARE TONTINE HOLDINGS, LTD., <br><br>           Plaintiffs, <br><br>     -against- <br><br> PERSHING SQUARE TONTINE HOLDINGS, LTD., <br><br>        Nominal Defendant, <br><br>     -against- <br><br> PERSHING SQUARE TH SPONSOR, LLC, LISA GERSH, MICHAEL OVITZ, JACQUELINE D. RESES, JOSEPH S. STEINBERG, PERSHING SQUARE, L.P., PERSHING SQUARE INTERNATIONAL, LTD., AND PERSHING SQUARE HOLDINGS, LTD., <br><br>        Defendants. | Case No. 1:21-cv-06907 (AT) (BCM) <br><br><br><br> **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel for Defendants Lisa Gersh, Michael Ovitz, Jacqueline D. Reses, and Joseph S. Steinberg in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: New York, New York
    August 26, 2021

            */s/ Nicholas A. Gravante, Jr.*
            Nicholas A. Gravante, Jr.
            CADWALADER, WICKERSHAM & TAFT LLP
            200 Liberty Street
            New York, NY 10281
            Tel: (212) 504-6500
            Fax: (212) 504-6666
            E-mail: nicholas.gravante@cwt.com