| | |
|---|---|
| **From:** | Jenna Dabbs <jdabbs@kaplanhecker.com> |
| **Sent:** | Wednesday, October 13, 2021 5:47 PM |
| **To:** | Cory Buland; Dennis Brandon Trice; Moore, Elizabeth; Shawn J. Rabin (External); Stephen Shackelford; Meredith Greisman; Mark Lebovitch; Greg Varallo; Daniel Meyer; john.morley@yale.edu; rjj6@nyu.edu; Roberta Kaplan; John Quinn; Adam Bresgi |
| **Cc:** | Gravante, Nicholas; Fraidin, Stephen; Patti, Greg; Dyer, Karen; Arborn, Justin; Ross, Rachel |
| **Subject:** | RE: Assad v. Pershing Square Tontine Holdings, Ltd., et al., No. 21-cv-6907 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**[External]**

Hi Cory:
We consent, on behalf of the Pershing Defendants, to your refiling the same Amended Complaint in order to fix the issue.
Best,
Jenna

**Jenna Dabbs | Kaplan Hecker & Fink LLP**
350 Fifth Avenue | 63rd Floor
New York, New York 10118
(W) 929.294.2540
jdabbs@kaplanhecker.com

---

**From:** Cory Buland <CBuland@susmangodfrey.com>
**Sent:** Wednesday, October 13, 2021 5:31 PM
**To:** Dennis Brandon Trice <btrice@kaplanhecker.com>; Moore, Elizabeth <Elizabeth.Moore@cwt.com>; Shawn Rabin <srabin@SusmanGodfrey.com>; Stephen Shackelford <SShackelford@susmangodfrey.com>; Meredith Greisman <MGreisman@susmangodfrey.com>; MarkL@blbglaw.com; Greg.Varallo@blbglaw.com; Daniel Meyer <Daniel.Meyer@blbglaw.com>; john.morley@yale.edu; rjj6@nyu.edu; Roberta Kaplan <rkaplan@kaplanhecker.com>; Jenna Dabbs <jdabbs@kaplanhecker.com>; John Quinn <jquinn@kaplanhecker.com>; Adam Bresgi <abresgi@kaplanhecker.com>
**Cc:** Gravante, Nicholas <Nicholas.Gravante@cwt.com>; Fraidin, Stephen <Stephen.Fraidin@cwt.com>; Patti, Greg <Greg.Patti@cwt.com>; Dyer, Karen <Karen.Dyer@cwt.com>; Arborn, Justin <Justin.Arborn@cwt.com>; Ross, Rachel <Rachel.Ross@cwt.com>
**Subject:** Assad v. Pershing Square Tontine Holdings, Ltd., et al., No. 21-cv-6907

**EXTERNAL SENDER**

Counsel,

We have been informed by the clerk's office that there was a technical problem with our ECF filing of the amended complaint on Friday. We are writing to seek your consent to refile the same amended complaint and fix the filing error.

Absent your consent, we'll need to get the Court's permission given the scheduling order the Court entered. Please let us know if you consent.

Regards,

1

Cory Buland
Susman Godfrey LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
(212) 471-8349 Phone
(212) 336-8340 Fax
Cbuland@SusmanGodfrey.com

---

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*