USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/18/2021__

**SUSMAN GODFREY L.L.P.**
A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

| SUITE 5100 | SUITE 1400 | SUITE 3800 |
| --- | --- | --- |
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | 1201 THIRD AVENUE |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

SHAWN J. RABIN
DIRECT DIAL (212) 471-8347

E MAIL SRABIN@SUSMANGODFREY.COM

October 15, 2021

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:   *Assad v. Pershing Square Tontine Holdings, Ltd., et al.*, Case No. 21-cv-06907

Dear Judge Torres:

    Plaintiff writes on behalf of all parties to request an adjournment of the October 18, 2021 deadline to file a Joint Letter and Case Management Plan. *See* Docket No. 20. The parties exchanged pre-motion letters and Defendants have filed pre-motion letters setting forth the basis for the anticipated motion to dismiss the Amended Complaint. In light of the proposed motion to dismiss, the parties do not believe a Case Management Plan is necessary at this time. The parties request that the Court adjourn the deadline to file the Joint Letter and Case Management Plan until ten days following the Court's ruling on the motion to dismiss (or the Court's denial of Defendants' request to file the motion). This is the first request for an adjournment of this deadline, and all parties consent to the request.

    DENIED.

    SO ORDERED.

    Dated: October 18, 2021
           New York, New York

_____
ANALISA TORRES
United States District Judge