SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

_____

| Suite 5100 | Suite 1400 | Suite 3800 |
| 1000 Louisiana Street | 1900 Avenue of the Stars | 1201 Third Avenue |
| Houston, Texas 77002-5096 | Los Angeles, California 90067-6029 | Seattle, Washington 98101-3000 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

Shawn J. Rabin
Direct Dial (212) 471-8347

E-Mail srabin@susmangodfrey.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/27/2021__

October 18, 2021

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *Assad v. Pershing Square Tontine Holdings, Ltd., et al.*, Case No. 21-cv-06907

Dear Judge Torres:

      I write on behalf of all parties in the above captioned case.

      The parties have received the Court's order denying their request to adjourn the Joint Letter and Case Management Plan pending resolution of Defendants' forthcoming motion to dismiss. *See* Docket No. 49. The parties have been diligently exchanging pre-motion letters and the Plaintiff filed an Amended Complaint ten days ago. The parties respectfully request three additional business days, until October 21, 2021, to file the Joint Letter and Case Management Plan. The current deadline was today, October 18, 2021. *See* Docket No. 20.

GRANTED.

SO ORDERED.

Dated: October 27, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge