UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE ASSAD, Derivatively on Behalf of PERSHING SQUARE TONTINE HOLDINGS, LTD.,

        Plaintiff,

-against-

PERSHING SQUARE TONTINE HOLDINGS, LTD.,

        Nominal Defendant,

-against-

PERSHING SQUARE TH SPONSOR, LLC, LISA GERSH, MICHAEL OVITZ, JACQUELINE D. RESES, JOSEPH S. STEINBERG, PERSHING SQUARE, L.P., PERSHING SQUARE INTERNATIONAL, LTD., AND PERSHING SQUARE HOLDINGS, LTD.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/27/2021__

21 Civ. 6907 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' pre-motion letters dated October 15 and 22, 2021, ECF Nos. 46, 47, and 53. Accordingly:

1. Defendants' request to file a motion to dismiss the amended complaint is GRANTED;
2. By **November 4, 2021**, Defendants shall file their motion to dismiss;
3. By **November 29, 2021**, Plaintiff shall file his opposition papers; and
4. By **December 13, 2021**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: October 27, 2021
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge