UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE ASSAD, Derivatively on Behalf of PERSHING SQUARE TONTINE HOLDINGS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> PERSHING SQUARE TONTINE HOLDINGS, LTD., <br><br> Nominal Defendant, <br><br> v. <br><br> PERSHING SQUARE TH SPONSOR, LLC, LISA GERSH, MICHAEL OVITZ, JACQUELINE D. RESES, JOSEPH S. STEINBERG, PERSHING SQUARE, L.P., PERSHING SQUARE INTERNATIONAL, LTD., AND PERSHING SQUARE HOLDINGS, LTD., <br><br> Defendants. | No. 21-CV-06907(AT)(BCM) <br><br><br> **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, dated November 4, 2021, and all prior pleadings and proceedings herein, Defendants Lisa Gersh, Michael Ovitz, Jacqueline D. Reses, and Joseph S. Steinberg, through their undersigned counsel, will move this Court, before the Honorable Analisa Torres, at a date and time to be fixed by the Court, at the United States District Court, 500 Pearl Street, New York, New York, for an Order i) dismissing the Amended Complaint in the above-captioned action (Dkt. 43) with prejudice, pursuant to Rules 12(b)(6) and 23.1 of the Federal Rules of Civil Procedure; and ii) granting such further and other relief as the Court deems just and proper.

Dated:   New York, New York
         November 4, 2021

/s/ Nicholas A. Gravante, Jr.
_____
Nicholas A. Gravante, Jr.
Karen C. Dyer
Amanda L. Devereux
200 Liberty Street
New York, New York 10281
Tel.: (212) 504-6000
Fax: (212) 504-6666
Nicholas.Gravante@cwt.com
Karen.Dyer@cwt.com
Amanda.Devereux@cwt.com

*Attorneys for Defendants Lisa Gersh, Michael Ovitz, Jacqueline D. Reses and Joseph S. Steinberg*

2