# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

_____

| Suite 5100 | Suite 1400 | Suite 3800 |
| 1000 Louisiana Street | 1900 Avenue of the Stars | 1201 Third Avenue |
| Houston, Texas 77002-5096 | Los Angeles, California 90067-6029 | Seattle, Washington 98101-3000 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

Cory Buland
Direct Dial (212) 471-8349

E-Mail cbuland@susmangodfrey.com

December 13, 2021

**VIA ECF**

The Honorable Barbara Moses
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, New York 10007-1312

      Re:    *Assad v. Pershing Square Tontine Holdings, Ltd., et al.*,
               Case No. 21-cv-06907 (AT)(BCM)

Dear Judge Moses:

      We, along with co-counsel, represent the Plaintiff in the above-captioned action and respectfully submit this letter in response to Defendants' letter motions seeking to stay discovery. Plaintiff takes no position on the stay motions because Judge Torres has already twice denied requests to stay discovery in this action and set a short discovery schedule, which Plaintiff is diligently seeking to follow.

      Defendants' complaints about Plaintiff's discovery requests are inaccurate. The document requests are wholly proper, and any objections can be dealt with once they are actually raised by Defendants under FRCP 34. Their responses are due December 17, 2021.

Respectfully submitted,

Cory Buland

cc:    All Counsel of Record (via ECF)