SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM
_____

| SUITE 5100 | SUITE 1400 | SUITE 3800 |
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | 1201 THIRD AVENUE |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

STEPHEN SHACKELFORD, JR.
DIRECT DIAL (212) 729-2012

E-MAIL SShackelford@susmangodfrey.com

December 21, 2021

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> Re: *Assad v. Pershing Square Tontine Holdings, Ltd., et al.*,
> Case No. 21-cv-06907

Dear Judge Torres:

Plaintiff respectfully requests leave to file a sur-reply in order to address the untimely *amicus* brief filed on December 13, 2021. Plaintiff's proposed sur-reply is attached as Exhibit A. Defendants take no position Plaintiff's motion. The sur-reply responds only to the late-filed *amicus* brief.

While none of the SDNY local rules or the Federal Rules of Civil Procedure addresses the submission of *amicus* briefs, "[d]istrict courts commonly seek guidance from Federal Rule of Appellate Procedure 29, which establishes standards for filing an *amicus* brief in the United States Courts of Appeals." *Sierra Club v. Fed. Emergency Mgmt. Agency*, 2007 WL 3472851, at *1 (S.D. Tex. Nov. 14, 2007). Federal Rule of Appellate Procedure 29 states that an *amicus* must file its brief "no later than 7 days after the principal brief of the party being supported is filed." Fed. R. App. P. 29(a)(6). The reason, of course, is so that the adverse party has a fair chance to respond to the arguments made by the *amici*. *Amici* here are supporting Defendants' position, and Defendants' principal briefs were filed on November 4, 2021. This would make *amici*'s brief due no later than November 11, 2021. Instead, *amici* filed their brief over one month later, well after even Plaintiff's principal brief (filed November 29, 2021).

December 21, 2021
Page 2

      Fairness (and the principles underlying Rule 29) require that Plaintiff be given an opportunity to respond to the arguments raised in *amici*'s submission. *See Friends of Animals v. U.S. Fish & Wildlife Serv.*, 2021 WL 4440347, at *2 (D. Utah Sept. 28, 2021) (permitting submission of a late *amicus* brief "would necessitate granting leave for Plaintiff to file a sur-reply). Accordingly, Plaintiff respectfully requests that the Court grant leave to submit the attached sur-reply.

Respectfully submitted,

Stephen Shackelford, Jr.

cc:     All counsel of record via ECF

10246987v1/016313