# EXHIBIT B

 
Posted by u/moazzam0 19 days ago  2 5 

## URGENT: Amicus Brief in Support of Motion to Dismiss - Need your help!

I just heard back from investor relations:

> Thank you for reaching out and for your offer to help. We have identified a good lawyer, Matt Peller at Rolnick Kramer, who is willing to assist you for no or a small fee. Time is of the essence and a filling would have to be made by December 13, 2021. Please contact Matt Peller as soon as possible. Matt's bio and contact details are in the following link:https://www.rksllp.com/profile/matthew-peller.
>
> Kind regards, Pershing Square IR

Instructions:

Email Matt at mpeller@rksllp.com

The subject line must read "PSTH Amicus Brief"

Include your full name, whether you are an individual or institutional shareholder, and whether you are interested to potentially support the motion to dismiss.

If there's a fee involved, we can decide how to split it. If you can't afford to pay a fee, please send an email anyway. Some of us may be able to pitch in extra to help cover your fee. Please do this ASAP so we can beat the deadline!

What is this? We the shareholders of PSTH can attempt to file an Amicus Brief to support PSTH's motion to dismiss the George Assad lawsuit. An opposite perspective on the case from many members of the plaintiff's own class (other shareholders of PSTH) might count as informative to the case.

Once the Amicus Brief is drafted, you'll receive a copy to review. Then you can choose to support it. If you do, Matt will add your name to the filing.

Edit: NO FEE FOR THE AMICUS BRIEF!

Edit 2: https://www.reddit.com/r/PSTH/comments/r8fhsa/amicus_brief_update

Take a *full-circle* approach to your trading strategy with Trading 360

🔄 Join Nicole Petallides weekdays at 11am ET for a breakdown of the session's hottest sector and stock stories, directly from Wall Street's top traders and analysts.

tdameritradenetwork.com

Watch Now

Log in or sign up to leave a comment

Log In

Sign Up

Sort By: Top (Suggested) ▼

View discussions in 1 other community

 iamVPD · 19 days ago

Okay I'm in. Don't even really understand what I'm doing here, but fuck George Assad.

▲ 38 ▼   💬 Reply   Share   Report   Save   Follow

 moazzam0 OP · 19 days ago

You, as a PSTH shareholder, added your name to this effort. Once the Amicus Brief is drafted, you'll receive a copy to review. Then you can choose to support it. If you do, Matt will add your name to the filing.

▲ 20 ▼   💬 Reply   Share   ···

Continue this thread →

aprupp · 19 days ago



secrets and I'm 3/4 of a bottle of wine in. Anyways- Let's Do This!

13  Reply  Share  ...

Continue this thread →

 SkeetMoney · 19 days ago

Dear Amicus,
I will keep this brief. You should dismiss the lawsuit because it's not good. Also, we have the technology, or at least we used to. We definitely have a sandwich monster with like a hundred arms though.
Thank you for your consideration and if you can order that SPARC is a thing, that'd be cool too. K thnx.

20  Reply  Share  Report  Save  Follow

 Mission_Hall_3801 · 18 days ago

Started strong. Ended strong. 👏👏👏 Bravo sir.

9  Reply  Share  ...

 TontineSoleSurvivor · 19 days ago
"Pump a SPAC, Son" 📰

Amazing teamwork!!! Tontards assemble! 🚀 👍

19  Reply  Share  Report  Save  Follow

Aquinas181 · 19 days ago

If the suit ends up being dismissed with prejudice we should all sign a card for Matt like the short bus schoolchildren we really are along with chocolate pudding cups.

19  Reply  Share  Report  Save  Follow

You have my sword

⬆ 17 ⬇  💬 Reply  Share  Report  Save  Follow

**TRF1981** · 19 days ago

And my email

⬆ 10 ⬇  💬 Reply  Share  ⋯

Continue this thread →

**Aquinas181** · 19 days ago

Did my part, sent. Thanks for the work u/moazzam0

⬆ 17 ⬇  💬 Reply  Share  Report  Save  Follow

**Noah_Elle** · 19 days ago

I've missed how weird this bored is glad to be home. 30k dumped back in. 20k more if a get a tinge in my pants.

⬆ 15 ⬇  💬 Reply  Share  Report  Save  Follow

**thisisyourbrain101** · 19 days ago

Sending amicus briefs and pudding since 2020.

⬆ 8 ⬇  💬 Reply  Share  ⋯

**ImmySnommis** · 19 days ago

SENT

⬆ 14 ⬇  💬 Reply  Share  Report  Save  Follow

**ConcentratedBets** · 19 days ago

Done

**GoShogun** · 19 days ago

Done

⬆ 13 ⬇  💬 Reply  Share  Report  Save  Follow

**namjones2004** · 19 days ago

Doing so now.

⬆ 12 ⬇  💬 Reply  Share  Report  Save  Follow

**quip-e** · 19 days ago

Done

⬆ 11 ⬇  💬 Reply  Share  Report  Save  Follow

**hippo_sanctuary** · 19 days ago

Done.

⬆ 13 ⬇  💬 Reply  Share  Report  Save  Follow

**driftndrink** · 19 days ago

Done

⬆ 12 ⬇  💬 Reply  Share  Report  Save  Follow

**NachoPichu** · 19 days ago

Email sent

⬆ 12 ⬇  💬 Reply  Share  Report  Save  Follow

**25lupe** · 19 days ago


**Aquinas181** · 18 days ago

# winning

↑ 7 ↓  Reply  Share  ···

Continue this thread →

**thunder_muscles** · 18 days ago

Thanks u/moazzam0 for doing the leg work on this for us tontards.

↑ 11 ↓  Reply  Share  Report  Save  Follow

**ThrowingShadeOnLamps** · 19 days ago

SENT.

↑ 10 ↓  Reply  Share  Report  Save  Follow

**ImmySnommis** · 19 days ago

Has u/dhsmatt2 seen this?

↑ 9 ↓  Reply  Share  Report  Save  Follow

> **dhsmatt2** · 19 days ago
> Mattress King
>
> Nope
>
> ↑ 12 ↓  Reply  Share  ···
>
> Continue this thread →

**jairus808** · 19 days ago



would interfere and this is all they wrote back.

△ 13 ▽  💬 Reply  Share  •••

Continue this thread →

**aprupp** · 19 days ago

Professional armchair lawyerin'

△ 8 ▽  💬 Reply  Share  •••

**bagoparticles** · 19 days ago

Super interested to help. Unsure what I can do about the fee. Want to help but don't want to be surprised be some 10k bill if I send an email.

Any guidance what the fee might mean. Not looking for a free ride just not sure what I'm signing up for.

△ 10 ▽  💬 Reply  Share  Report  Save  Follow

**moazzam0** OP · 19 days ago

Understandable. I'll post an update as soon as possible on this. There's no cost to send the email, though. It just serves to express interest in the effort. You're not committed to anything. After you review the draft of the brief and know the cost (if any) you can decide whether to commit.

△ 12 ▽  💬 Reply  Share  •••

Continue this thread →

**moazzam0** OP · 17 days ago

NO FEE FOR THE AMICUS BRIEF!

△ 7 ▽  💬 Reply  Share  •••

Continue this thread →



DONE.

↑ 9 ↓  Reply  Share  Report  Save  Follow

**DustMyWetsPls** · 19 days ago

Done.

↑ 9 ↓  Reply  Share  Report  Save  Follow

**oldmoneydontrule** · 19 days ago

Done

↑ 9 ↓  Reply  Share  Report  Save  Follow

**BestWingmanEver** · 18 days ago

Done

↑ 9 ↓  Reply  Share  Report  Save  Follow

**QZP-Ora** · 18 days ago

Done

↑ 9 ↓  Reply  Share  Report  Save  Follow

**thunder_muscles** · 18 days ago

Done

↑ 9 ↓  Reply  Share  Report  Save  Follow

**googleofinformation** · 19 days ago

Can I use my Reddit name instead of my real name?



Continue this thread →

**firenamedgabe** · 18 days ago

Done

8  Reply  Share  Report  Save  Follow

**invisible-epiphany** · 18 days ago

What about the non US investors - can we support the Amicus as well? Any thoughts or informations about this /u/moazzam0

8  Reply  Share  Report  Save  Follow

**moazzam0** OP · 18 days ago

You can participate, too. The only requirement is that you're a shareholder of PSTH. You don't need to submit your address.

6  Reply  Share  ⋯

**VermicelliFun6085** · 19 days ago

What is this?

7  Reply  Share  Report  Save  Follow

**moazzam0** OP · 19 days ago · edited 19 days ago

Edited to add explanation - see above

7  Reply  Share  ⋯

Continue this thread →

**aprupp** · 19 days ago

Amicus brief

6  Reply  Share  ⋯



**googleofinformation** · 18 days ago

This is what I hope happens. We will get a DA tomorrow and George Assad is going to feel like an idiot because he never understood the UMG deal in the first place.

Case dropped when the DA comes out!

6   Reply   Share   Report   Save   Follow

**Fook_N_A_111** · 19 days ago

Let us know what "a small fee" turns out to be.

7   Reply   Share   Report   Save   Follow

**moazzam0** OP · 19 days ago

Will do. No fee is best fee! 🤞

10   Reply   Share   ···

**moazzam0** OP · 17 days ago

NO FEE FOR THE AMICUS BRIEF!

6   Reply   Share   ···

**Shadowmoses718** · 19 days ago

Can we just get a DA like a normal SPAC???

5   Reply   Share   Report   Save   Follow

**Mission_Hall_3801** · 18 days ago

This is not the way

8   Reply   Share   ···



Continue this thread →

**1_km_coke_line** · 18 days ago

Bill got himself in, now he has to get himself out without my help before he earns my trust.

there should be no need for lawyers fees or extra effort from the shareholders side.

↑ 6 ↓   Reply   Share   Report   Save   Follow

**moazzam0** OP · 17 days ago

NO FEE FOR THE AMICUS BRIEF!

↑ 5 ↓   Reply   Share   ···

Comment deleted by user · 18 days ago

**googleofinformation** · 18 days ago

Done ✅

↑ 5 ↓   Reply   Share   Report   Save   Follow

**9thsense** · 18 days ago

Done - Sent two emails, for me and spouse.

↑ 7 ↓   Reply   Share   Report   Save   Follow

**randomguy11909** · 18 days ago

How much is the fee? We talking like $300 or $5k?:

↑ 5 ↓   Reply   Share   Report   Save   Follow



↑ 5 ↓   💬 Reply   Share   Report   Save   Follow

**riggs124** · 17 days ago

Fine! done.

↑ 5 ↓   💬 Reply   Share   Report   Save   Follow

**chomperdoodle** · 17 days ago

Done

↑ 4 ↓   💬 Reply   Share   Report   Save   Follow

**beerboozled** · 17 days ago

Done

↑ 5 ↓   💬 Reply   Share   Report   Save   Follow

**afatdoughnut** · 17 days ago

Done! Awesome work all!

↑ 5 ↓   💬 Reply   Share   Report   Save   Follow

**TRF1981** · 19 days ago

I know you just go this info, but any sense of what the fee will be?

↑ 3 ↓   💬 Reply   Share   Report   Save   Follow

**moazzam0** OP · 19 days ago

No, Matt said he'll know more over the next few days. It's just one filing, so hopefully not more than we can all handle. It could potentially be free too. 🤞

**MusicianKind7620** · 18 days ago

Done

4 Reply Share Report Save Follow

**Various_Mouse2361** · 17 days ago

Done

5 Reply Share Report Save Follow

**ConcentratedBets** · 17 days ago

u/moazzam0 any updates on this? I haven't received any response from Matt yet. I guess he must have been overwhelmed with our response?

5 Reply Share Report Save Follow

> **riggs124** · 17 days ago
>
> Probably its all bullshit and we are just spamming some random dude.
>
> Which is also fine.
>
> 10 Reply Share ···
>
> Continue this thread →

**lalunafortuna** · 17 days ago

All SPAC sponsors (Chamath Palihapitiya, et al.,) should be the ones filing Amicus Curiae briefs.

They have a vested interest in having a favorable outcome



**moazzam0** OP · 17 days ago

That would be great and I'm not sure what's stopping them. I certainly can't make them do so. I pursue the best course of action within my capacity.

↑ 3 ↓  Reply  Share  ···

Continue this thread →

**randomguy11909** · 16 days ago

Done

↑ 4 ↓  Reply  Share  Report  Save  Follow

**Random_Name_Whoa** · 16 days ago

Done

↑ 3 ↓  Reply  Share  Report  Save  Follow

**NotNotNotLying** · 16 days ago

Sent, and am willing to support countersuit. The opportunity cost has been TOO DAMN HIGH!

↑ 3 ↓  Reply  Share  Report  Save  Follow

**EggFoooYoung** · 13 days ago

Can we get the sock puppet to argue our case before the judge?

↑ 2 ↓  Reply  Share  Report  Save  Follow

**moazzam0** OP · 13 days ago

Lol it was Matt all along



natemarshall · 13 days ago

Eyerate · 11 days ago

Done

2  Reply Share Report Save Follow

sigura777 · 13 days ago

Can somebody explain why to sign this?

0  Reply Share Report Save Follow

vaingloriousthings · 19 days ago

vaingloriousthings · 19 days ago

More posts from the PSTH community