```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/22/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE ASSAD, Derivatively on Behalf of PERSHING SQUARE TONTINE HOLDINGS, LTD,

                Plaintiff,

v.

PERSHING SQUARE TONTINE HOLDINGS, LTD.,

                Nominal Defendant

v.

PERSHING SQUARE TH SPONSOR, LLC, LISA GERSH, MICHAEL OVITZ, JACQUELINE D. RESES, JOSEPH S. STEINBERG, PERSHING SQUARE, L.P., PERSHING SQUARE INTERNATIONAL, LTD., AND PERSHING SQUARE HOLDINGS, LTD .,

                Defendants.

21 Civ. 6907 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The case management conference scheduled for April 25, 2022, is ADJOURNED *sine die* pending the Court's resolution of the pending motions to dismiss in this matter.

      SO ORDERED.

Dated: March 22, 2022
       New York, New York

                                                 ANALISA TORRES
                                          United States District Judge