UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE ASSAD, derivatively on behalf of
PERSHING SQUARE TONTINE HOLDINGS,
LTD.,

                Plaintiffs,

       -against-

PERSHING SQUARE TONTINE HOLDINGS,
LTD.,

           Nominal Defendant,

PERSHING SQUARE TH SPONSOR, LLC, LISA
GERSH, MICHAEL OVITZ, JACQUELINE D.
RESES, JOSEPH S. STEINBERG, PERSHING
SQUARE, L.P., PERSHING SQUARE
INTERNATIONAL, LTD., and PERSHING
SQUARE HOLDINGS, LTD.,

            Defendants.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __7/18/2022__ |

21 Civ. 6907 (AT) (BCM)

**ORDER**

ANALISA TORRES, District Judge:

     The Court has reviewed the parties' letter dated July 12, 2022.  ECF No. 94.  Accordingly, Defendant's motion for a stay is GRANTED.  This action shall be stayed until **October 7, 2022**.  The parties shall file a stipulation of dismissal within seven (7) days of Nominal Defendant Pershing Square Tontine Holdings, Ltd.'s completion of its disclosed intention to redeem all shares of Class A common stock issued in its initial public offering, as stated in its July 12, 2022, Form 8-K filing with the Securities and Exchange Commission.  *See* ECF No. 94.

     The Clerk of Court is directed to STAY the case.

     SO ORDERED.

Dated: July 18, 2022
     New York, New York

ANALISA TORRES
United States District Judge