**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _7/18/22_

| |
|---|
| GEORGE ASSAD, Derivatively on Behalf of PERSHING SQUARE TONTINE HOLDINGS, LTD., |
| Plaintiffs, |
| v. |
| PERSHING SQUARE TONTINE HOLDINGS, LTD., |
| Nominal Defendant, |
| v. |
| PERSHING SQUARE TH SPONSOR, LLC, LISA GERSH, MICHAEL OVITZ, JACQUELINE D. RESES, JOSEPH S. STEINBERG, PERSHING SQUARE, L.P., PERSHING SQUARE INTERNATIONAL, LTD., AND PERSHING SQUARE HOLDINGS, LTD., |
| Defendants. |

# MEMO ENDORSED

Case No. 1:21-cv-06907 (AT)(BCM)

**NOTICE OF MOTION TO**
**WITHDRAW APPEARANCE**

    **PLEASE TAKE NOTICE** that, upon the accompanying declaration of Sofia Syed, dated July 15, 2022, and pursuant to Local Civil Rule 1.4, Defendants Pershing Square Tontine Holdings, Ltd., Pershing Square TH Sponsor, LLC, Pershing Square, L.P., Pershing Square International, Ltd., and Pershing Square Holdings, Ltd. respectfully request the withdrawal of the appearance of Sofia Syed as counsel on their behalf. Defendants further request, pursuant to Section 2.5 of the Electronic Case Filing Rules and Instructions, that the email address ssyed@kaplanhecker.com be removed from the ECF service notification list for this case.

    Defendants Pershing Square Tontine Holdings, Ltd., Pershing Square TH Sponsor, LLC, Pershing Square, L.P., Pershing Square International, Ltd., and Pershing Square Holdings, Ltd. will continue to be represented by remaining counsel of record from Kaplan Hecker & Fink LLP.

Dated:  July 15, 2022
        New York, New York

Respectfully submitted,

/s/ Sofia Syed
Sofia Syed
**KAPLAN HECKER & FINK LLP**
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
ssyed@kaplanhecker.com

*Attorneys for Defendants Pershing Square
Tontine Holdings, Ltd., Pershing Square
TH Sponsor, LLC, Pershing Square, L.P.,
Pershing Square International, Ltd., and
Pershing Square Holdings, Ltd.*

> Application GRANTED. The Clerk of Court is respectfully directed to terminate Sofia Syed
> as counsel for defendants. SO ORDERED.
>
> Barbara Moses
> United States Magistrate Judge
> July 18, 2022