## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE ASSAD, Derivatively on Behalf of PERSHING SQUARE TONTINE HOLDINGS, LTD., <br><br>                  Plaintiffs, <br><br>     v. <br><br> PERSHING SQUARE TONTINE HOLDINGS, LTD., <br><br>                  Nominal Defendant, <br><br>     v. <br><br> PERSHING SQUARE TH SPONSOR, LLC, LISA GERSH, MICHAEL OVITZ, JACQUELINE D. RESES, JOSEPH S. STEINBERG, PERSHING SQUARE, L.P., PERSHING SQUARE INTERNATIONAL, LTD., AND PERSHING SQUARE HOLDINGS, LTD., <br><br>                  Defendants. | Case No. 1:21-cv-06907 (AT) (BCM) |

## <u>STIPULATION OF DISMISSAL AND [PROPOSED] ORDER</u>

Pursuant to the Court's order at Docket No. 97, **IT IS HEREBY STIPULATED AND AGREED** that this action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, in accordance with Rules 23.1 and 41(a)(2) of the Federal Rules of Civil Procedure. Notice of dismissal is waived, subject to authorization by the Court.

Dated: July 29, 2022
       New York, New York

BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP

Mark Lebovitch
Daniel E. Meyer
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1519
Facsimile: (212) 554-1444
E-mail: MarkL@blbglaw.com

SUSMAN GODFREY L.L.P.
Shawn J. Rabin
Stephen Shackelford
Cory Buland
Beatrice Franklin
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
E-mail: SRabin@susmangodfrey.com

BUZIN LAW, P.C.
Robert J. Jackson, Jr. (admitted pro hac vice)
John Morley (admitted pro hac vice)
111 Broadway, Suite 1204
New York, NY 10006
Telephone: (914) 819-7527
E-mail: john.morley@yale.edu

*Attorneys for Plaintiffs*

KAPLAN HECKER & FINK LLP

Roberta A. Kaplan
Jenna M. Dabbs
John C. Quinn
D. Brandon Trice
350 Fifth Avenue, Suite 63
New York, NY 10118
Tel: (212) 763-0883
rkaplan@kaplanhecker.com
jdabbs@kaplanhecker.com
jquinn@kaplanhecker.com
btrice@kaplanhecker.com

*Attorneys for the Pershing Square
Defendants*

CADWALADER, WICKERSHAM
 & TAFT LLP

Nicholas A. Gravante, Jr.
Amanda L. Devereux
200 Liberty Street
New York, NY 10281
Tel.: (212) 504-6000
Nicholas.Gravante@cwt.com
Amanda.Devereux@cwt.com

*Attorneys for Defendants Lisa Gersh,
Michael Ovitz, Jacqueline D. Reses and
Joseph S. Steinberg*

SO ORDERED:

_____
Hon. Analisa Torres, U.S.D.J.
Southern District of New York